**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———

**No. 15-7237**

———

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

TODD WILSON SHORT,

        Defendant - Appellant.

———

Appeal from the United States District Court for the Western District of North Carolina, at Asheville. Martin K. Reidinger, District Judge. (1:03-cr-00044-MR-DLH-1)

———

Submitted: January 14, 2016      Decided: January 19, 2016

———

Before AGEE, WYNN, and FLOYD, Circuit Judges.

———

Affirmed by unpublished per curiam opinion.

———

Todd W. Short, Appellant Pro Se. Richard Lee Edwards, Assistant United States Attorney, Asheville, North Carolina; Jill Westmoreland Rose, United States Attorney, Charlotte, North Carolina, for Appellee.

———

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Todd Wilson Short appeals the district court's order denying his motion for clarification or modification of a condition of supervised release and approval of his request to open an online account to raise contributions to finance his civil litigation. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Short, No. 1:03-cr-00044-MR-DLH-1 (W.D.N.C. Aug. 5, 2015).* We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

\* To the extent that Short challenges his criminal judgment and the restitution order, we decline to address these claims, which were not presented to the district court. See Williams v. Prof'l Transp. Inc., 294 F.3d 607, 614 (4th Cir. 2002) ("Issues raised for the first time on appeal are generally not considered absent exceptional circumstances.").